United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALERIE CHAVEZ, et al., | Case No. 15-cv-01887-KAW |
|---|---|
| Plaintiffs, | |
| v. | **JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |
| LUMBER LIQUIDATORS, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber Liquidators, Inc.,* 15-cv-01005-JST.

IT IS SO ORDERED.

Dated: April 28, 2015

KANDIS A. WESTMORE
United States Magistrate Judge